NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL ANTHONY AQUINO,**

*Plaintiff-Appellant*

**v.**

**MP 21 SOLEDAD ST LP, MIDPEN HOUSING, MOONGATE PLAZA,**

*Defendants-Appellees*

---

2024-1973

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-03500-KK-ADS, Judge Kenly K. Kato.

---

Before TARANTO, STOLL, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Paul Anthony Aquino filed a complaint seeking $100,000,000 for violations of his civil rights.  The district court denied Mr. Aquino's *in forma pauperis* (IFP) motion and dismissed the case with prejudice.  Dkt. No. 5.  Mr. Aquino filed a notice of appeal directed to this court.  In view of the subject matter of the underlying case, this court

directed the parties to show cause why this court has jurisdiction over the appeal.  Neither party has responded.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). This case is outside of that limited subject matter jurisdiction.  We may transfer to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed."  28 U.S.C. § 1631.  Here, the court concludes it appropriate to transfer to the United States Court of Appeals for the Ninth Circuit.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 27, 2025
Date